## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| ROBERT GENE REGA, | : | 12 WAP 2018 |
| | : | |
| Appellant | : | Appeal from the Order of the |
| | : | Commonwealth Court dated 3/22/18 and |
| v. | : | entered on 3/23/18 at No. 244 MD 2017 |
| | : | |
| PENNSYLVANIA DEPARTMENT OF | : | |
| CORRECTIONS; BRUCE BEEMER | : | |
| (ATTY. GENERAL); JOHN E. WETZEL | : | |
| (SECRETARY OF DEPARTMENT OF | : | |
| CORRECTIONS); ROBERT GILMORE | : | |
| (SUPER. FOR S.C.I. GREENE); KAREN | : | |
| PATTERSON (BUSINESS MANAGER); | : | |
| TIFFANY PAULEY (ACCOUNTANT); | : | |
| JOAN KENNEDY (CLERK/ACCOUNTS); | : | |
| THERON R. PEREZ, ESQ. (CHIEF | : | |
| COUNSEL); TONYA S. GEIST | : | |
| (PROTHONOTARY FOR JEFFERSON | : | |
| COUNTY); BRIAN K. SPENCER | : | |
| (PROTHONOTARY FOR CLEARFIELD | : | |
| COUNTY) RESPONDENTS IN THEIR | : | |
| INDIVIDUAL AND OFFICIAL CAPACITY, | : | |
| | : | |
| Appellees | : | |

### ORDER

**PER CURIAM**

AND NOW, this 23rd day of January, 2019, the Order of the Commonwealth Court is hereby AFFIRMED.